UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:14-CR-276-1BO
Civil No. 5:19-CV-60-BO

Roy Christopher Perry,       )
                             )
            Petitioner,      )
                             )
v.                           )   ORDER
                             )
United States of America,    )
                             )
            Respondent.      )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 26 day of February, 2019.

TERRENCE W. BOYLE
CHIEF, US UNITED STATES DISTRICT JUDGE